## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

CASE No.: 6:19-cv-02336-GAP-DCI

MICHAEL R. MCNEIL,

    Plaintiff,

vs.

JAY HARSHID INC., and MEDINA DELI
GROCERY INC., d/b/a MEDINA DELI GROCERY,

    Defendants.

_____/

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE SOLELY AS TO DEFENDANT MEDINA DELI GROCERY, INC.

Plaintiff MICHAEL R. MCNEIL, by and through his undersigned counsel, hereby files this Stipulation of Voluntary Dismissal, without prejudice, of this action, solely against Defendant, MEDINA DELI GROCERY, INC.

Respectfully submitted this 4th day of May 2020.

  By: /s/Joe M. Quick, Esq.
    Joe M. Quick, Esq.
    Florida Bar No.: 0883794
    Law Offices of Joe M. Quick, P.A.
    *Counsel for Plaintiff*
    1224 S. Peninsula Drive #619
    Daytona Beach, Florida 32118
    Tel: (386) 212-3591
    E-mail: JMQuickesq@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of May 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I also certify that the aforementioned document is being served on all counsel of record, corporation, or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

By: /s/Joe M. Quick, Esq.
Joe M. Quick, Esq.
Florida Bar No.: 0883794
Attorney for Plaintiff
Law Offices of Joe M. Quick, P.A.
1224 S. Peninsula Drive #619
Daytona Beach, Florida  32118
Tel: (386) 212-3591
E-mail: JMQuickesq@gmail.com