# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MICHAEL R. MCNEIL,**

      **Plaintiff,**

**v.**                                                 **Case No:   6:19-cv-2336-Orl-31DCI**

**JAY HARSHID INC. and MEDINA DELI GROCERY INC.,**

      **Defendants.**

## ORDER

Upon consideration of Plaintiff's Stipulation of Dismissal Without Prejudice Solely as to Defendant Medina Deli Grocery, Inc. (Doc. 16), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that the default entered at Doc. 13 against Defendant Medina Deli Grocery, Inc. is hereby **VACATED**.   It is further

**ORDERED** that the claims against Medina Deli Grocery, Inc., are **DISMISSED** without prejudice, each party to bear its own fees and costs.   The Clerk is directed to terminate Medina Deli Grocery, Inc. as a defendant in this case and close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 5, 2020.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party